# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>ANITA J. MERLO; CENTRAL VALLEY MOTOR PARTS, INC., a Georgia Corporation; and DOES 1-10,<br><br>  Defendants. | Case No. 2:16-cv-00625-TLN-AC<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT CENTRAL VALLEY MOTOR PARTS, INC. TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  March 24, 2016 |

Pursuant to the parties' stipulation and good cause appearing therefore, **IT IS SO ORDERED:**

Defendant CENTRAL VALLEY MOTOR PARTS, INC. should answer or otherwise respond to Plaintiff's Complaint on or before Monday, July 11, 2016.

Dated: June 15, 2016

_____
Troy L. Nunley
United States District Judge